In the Matter of the Application of the City of New York for Leave to Pay into the Court the Amount of the Award Made to Unknown Owner for Parcel No. 11 on the Damage Map and in the Report of the Commissioners of Estimate and Assessment to Open West Two Hundred and Twelfth Street from Kingsbridge Road to the Harlem River in the Borough of Manhattan, City of New York. James A. Lynch and Richard T. Lynch, Appellants; Thomas Rosevear, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

The People of the State of New York, Appellant, v. Charles J. Tompkins, alias Charles J. Tracy, etc., Respondent.— Order affirmed. No opinion. Laughlin and Houghton, JJ., dissenting. Order filed.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Title to Certain Real Estate, etc., Pursuant to the Provisions of Chapter 712 of the Laws of 1901, for the Reconstruction of the Westerly or Manhattan Terminal of the New York and Brooklyn Bridge. Frances J. Storms and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements: No opinion. Order filed.

In the Matter of the Application of the City of New York, Respondent, Relative to Acquiring Certain Real Estate under Chapter 712 of the Laws of 1901 for the Construction of a Terminal on the Westerly or Manhattan End of the New York and Brooklyn Bridge. Alfred R. Storms and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Diva Brown, Respondent, v. William B. Keller, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Manhattan Straw Board Company, Respondent, v. Frank S. Jones and Cyrus D. Jones, Comprising the Firm of Jones Brothers, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

In the Matter of the Application of the City of New York, Acting by and Through the Commissioner of Docks, Relative to Acquiring Right and Title to and Possession of Certain Uplands and Lands, etc., for the Improvement of the Water Front of the City of New York on the North River, Between West Fifteenth and West Eighteenth Streets, and the Easterly Side of the Marginal Street, Wharf or Place Adopted by the Board of Docks, and Approved by the Commissioners of the Sinking Fund and the North River, Pursuant to the Plan Heretofore Adopted by the Board of Docks, and Approved by the Commissioners of the Sinking Fund. Estate of Bradish Johnson, Appellant; The City of New York and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Henry Jones Thaddeus, Respondent, v. Katherine Gould, Appellant — Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

William J. McEvoy, Respondent, v. Société Anonyme d'Electricité et d'Automobiles, Mors, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

John A. Campbell and Others, Appellants, v. James Emslie, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.

Augusta G. Genet, Appellant, v. The Delaware and Hudson Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Order filed.